**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Inter-Tel (Delaware),  ) <br> Incorporated, a Delaware  ) <br> corporation, et al.,  ) <br>   ) <br>   Plaintiffs,  ) <br>   ) <br>   vs.  ) <br>   ) <br> Fulton Communications  ) <br> Telephone Company, Inc.,  ) <br> a Georgia corporation,  ) <br>   ) <br>   Defendant.  ) <br> _____ ) | No. CIV 07-866 PHX RCB <br><br> O R D E R |

   On June 12, 2007, the Court granted Plaintiffs' unopposed motion for preliminary injunction (doc. # 2), and denied a related motion for expedited discovery (doc. # 3). Order (doc. # 10). Defendant seeks reconsideration of that order. Mot. (doc. # 11). The Court finds that expedited briefing of this motion will be beneficial to its consideration.

   Therefore,

   IT IS ORDERED that any response by Plaintiffs to Defendant's motion for reconsideration (doc. # 11) shall be filed and served, by personal service or electronic mail, no later than 12:00 p.m.

1  (noon) on Friday, June 29, 2007, and that any reply by Defendant
2  shall be filed and served, by personal service or electronic mail,
3  no later than 3:00 p.m. on Tuesday, July 3, 2007.
4      DATED this 25th day of June, 2007.

                                  */s/ Robert C. Broomfield*
                                  Robert C. Broomfield
                                  Senior United States District Judge

Copies to counsel of record

- 2 -